Psj:2010R000539

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Crim. No. RDB 12-0799 |
| v. | * | (Conspiracy to Import |
| | * | Heroin and Cocaine, 21 |
| DAUDI ADAMU | * | U.S.C. §963; Conspiracy |
|    a.k.a. Kapusi, | * | to Distribute and Possess |
| KASSIM NANGU | * | with Intent to Distribute |
|    a.k.a. Patrick Mrope | * | Heroin, 21 U.S.C. §846; |
|    a.k.a. Kobe, | * | Possession with Intent to |
| MUSSA MBEYU | * | Distribute Heroin, 21 |
|    a.k.a. Moses, | * | U.S.C. §841, Aiding and |
| DANIEL AMEDEKY, | * | Abetting, 18 U.S.C. §2) |
| CHRISANTI IGNASS | * | |
|    a.k.a. Cresmo, | * | |
| KENNETH UKOH, | * | |
| EDDIE PATRICK, | * | |
| SILAS NYANDA, and | * | |
| ABASI NGOMBE | * | |
| | * | |
| Defendants | * | |

****oOo****

## SUPERSEDING INDICTMENT

### Count One

The Grand Jury for the District of Maryland charges:

Beginning on a date unknown, but at least as of on or about June 1, 2011, and continuing through on or about March 22, 2012, in the District of Maryland and elsewhere,

        DAUDI ADAMU
        a.k.a. Kapusi,
        KASSIM NANGU
    a.k.a. Patrick Mrope
        a.k.a. Kobe,
        MUSSA MBEYU
        a.ka. Moses,
      DANIEL AMEDEKEY,
      KENNETH UKOH,

       CHRISANTI IGNASS
       a.k.a. Cresmo,
       EDDIE PATRICK,
      SILAS NYANDA, and
       ABASI NGOMBE,

the defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally and unlawfully import into the United States of America from a place outside thereof, one kilogram or more of a mixture or a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 960(a)(1).  21 U.S.C. §963

Count Two

The Grand Jury for the District of Maryland further charges:

Beginning on a date unknown, but at least as of on or about June 1, 2011, and continuing through on or about March 22, 2012, in the District of Maryland and elsewhere,

>    DAUDI ADAMU
>    a.k.a. Kapusi,
>    KASSIM NANGU
>    a.k.a. Patrick Mrope
>    a.k.a. Kobe,
>    MUSSA MBEYU
>    a.ka. Moses,
>    DANIEL AMEDEKEY,
>    CHRISANTI IGNASS
>    a.k.a. Cresmo,
>    KENNETH UKOH,
>    EDDIE PATRICK,
>    SILAS NYANDA, and
>    ABASI NGOMBE,

the defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury to knowingly intentionally and unlawfully distribute and possess with intent to distribute one kilogram or more of a mixture or a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). 21 U.S.C. §846

## Count Three

The Grand Jury for the District of Maryland further charges:

That on or about December 29, 2011, in the District of Maryland,

**CHRISANTI IGNASS
a.k.a. Cresmo,
KENNETH UKOH, and
EDDIE PATRICK,**

the defendants herein, did knowingly, intentionally and unlawfully possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Count Four

The Grand Jury for the District of Maryland further charges:

That on or about February 16, 2012, in the District of Maryland,

**SILAS NYANDA,**

the defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

_____
Rod J. Rosenstein
United States Attorney for the
District of Maryland

A TRUE BILL:

**SIGNATURE REDACTED**
_____        11/20/12
FOREPERSON                       Date